No. 75–6386. STIFEL *v.* LINDHORST ET AL. C. A. 3d Cir. Certiorari denied.

No. 75–6388. KIZZEE *v.* ESTELLE, CORRECTIONS DIRECTOR. C. A. 5th Cir. Certiorari denied.

No. 75–6393. BABERSON *v.* MISSISSIPPI. Sup. Ct. Miss. Certiorari denied.

No. 75–6397. LYON *v.* CALIFORNIA. C. A. 9th Cir. Certiorari denied.

No. 75–6402. HAYES *v.* LOUISIANA. Sup. Ct. La. Certiorari denied.

No. 75–6403. MITCHELL *v.* HENDERSON, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 75–6405. SMITH *v.* FLORIDA. Dist. Ct. App. Fla., 1st Dist. Certiorari denied.

No. 75–6406. COOK *v.* ESTELLE, CORRECTIONS DIRECTOR. C. A. 5th Cir. Certiorari denied.

No. 75–6409. MANFREDI *v.* ROYAL INSURANCE Co., LTD., ET AL. C. A. 3d Cir. Certiorari denied.

No. 75–6414. FRANKLIN *v.* WYRICK, WARDEN. C. A. 8th Cir. Certiorari denied.

No. 75–6420. BONNELL *v.* KENTUCKY. C. A. 6th Cir. Certiorari denied.

No. 75–6440. CLARK *v.* CONNECTICUT. Sup. Ct. Conn. Certiorari denied.